IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHARLIE EASTLAND, Inmate #A-01258,**  )<br>)<br>**Plaintiff,**  )<br>)<br>vs.  )<br>)<br>**RANDY DAVIS, et al.,**  )<br>)<br>**Defendants.**  ) | Case No. 11-cv-703-JPG |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**IT IS ORDERED** that Plaintiff shall recover nothing, and the action be **DISMISSED on the merits without prejudice** to Plaintiff bringing his claims in a fully pre-paid complaint. The parties shall bear their own costs. This dismissal shall not count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: September 7, 2011

NANCY J. ROSENSTENGEL, CLERK

By: s/ Tanya Kelley
        Deputy Clerk

APPROVED:   s/J. Phil Gilbert
                    J. Phil Gilbert
                    United States District Judge